**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Randy SMITH, Defendant–Appellant.**

No. 01–6370.

United States Court of Appeals,
Fourth Circuit.

Submitted May 17, 2001.

Decided May 29, 2001.

Randy Smith, pro se. Mark C. Moore, Assistant United States Attorney, Columbia, SC, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Randy Smith appeals from the district court's orders: (1) dismissing without prejudice his 28 U.S.C.A. § 2255 (West Supp. 2000) motion for failure to obtain authorization pursuant to 28 U.S.C.A. § 2244 (West 1994 & Supp.2000); and (2) denying his motion for reconsideration of that order. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Smith v. United States,* Nos. CR–96–327–4; CA–00–3658–8–13 (D.S.C. Jan. 19 & Feb. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*